MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 552-6031
    Facsimile: (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0606 WHA |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. ) | |
| ALFREDO PRIETO-FLORES, ) | |
|     Defendant. ) | |

    The parties appeared before the Court on September 14, 2010.  With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 14, 2010 to October 5, 2010, in light of the need for the defense consider a plea agreement.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation and continuity of counsel, taking into account

1  the exercise of due diligence.

2      2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 14, 2010 to October 5, 2010, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 14, 2010 to October 5, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

    MELINDA HAAG
    United States Attorney

DATED: September 14, 2010
            /s/
    PATRICIA SPALETTA
    Special Assistant United States Attorney

DATED: September 14, 2010
            /s/
    Steven Kalar
    Assistant Federal Public Defender

SO ORDERED.

DATED: September 15, 2010.

    THE HON. WILLIAM H. ALSUP
    United States District Judge