UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0606 WHA |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| ALFREDO PRIETO-FLORES, | ) ) | |
| Defendant. | ) ) | |

    The parties appeared before the Court on October 27, 2010. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 27, 2010 to November 16, 2010, for effective preparation of new counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. ALFREDO PRIETO-FLORES, CR 10-0606                                                         1

2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from October 27, 2010 to November 16, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from October 27, 2010 to November 16, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: November 1, 2010        /s/
          PATRICIA SPALETTA
          Special Assistant United States Attorney

DATED: November 1, 2010       /s/
          Suzanne A. Luban
          Counsel for defendant

SO ORDERED.

DATED: November 3, 2010.
          THE HON. WILLIAM H. ALSUP
          United States District Judge